# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**JOHN WESLEY BLUM,**

        **Plaintiff,**

**-vs-**　　　　　　　　　　　　　　　　　　Case No. 6:05-cv-1703-Orl-31DAB

**BREVARD COUNTY JAIL,**

        **Defendant.**

_____

## ORDER

This cause comes before the Court on Application to Proceed *In Forma Pauperis* (Doc. No. 2) filed November 15, 2005.

On November 21, 2005, the United States Magistrate Judge issued a report (Doc. No. 4) recommending that the motion be denied. No objections have been filed. Therefore, it is

**ORDERED** as follows:

    1.　　That the Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

    2.　　That the Application to Proceed *In Forma Pauperis* is **DENIED** without prejudice.

    3.　　That the Complaint is **DISMISSED** without prejudice and the Plaintiff has 20 days in which to amend his Complaint consistent with the Report and Recommendation

**DONE** and **ORDERED** in Chambers, Orlando, Florida on 12th day of December, 2005.

Copies furnished to:

United States Magistrate Judge  
Counsel of Record  
Unrepresented Party

GREGORY A. PRESNELL  
UNITED STATES DISTRICT JUDGE